UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARRIE CLEMENTE,

       Plaintiff,                   No. 15-12953

v.                                 District Judge Paul D. Borman
                                     Magistrate Judge R. Steven Whalen

RIVERVIEW COMMUNITY SCHOOL
DISTRICT, ET AL.,

       Defendants.
                                    /

**ORDER**

For the reasons and under the terms placed on the record on May 23, 2017, Defendant's Motion for Mental Examination [Doc. #36] is GRANTED IN PART AND DENIED IN PART.

Defendant's request for an independent psychological examination/interview of Plaintiff J.C by Dr. Larry Friedberg, Ph.D., is GRANTED.

Defendant's request for Dr. Friedberg to administer psychological testing to Plaintiff J.C. is GRANTED.

Defendant's request for an interview with J.C.'s parents is DENIED.

IT IS SO ORDERED.

                                                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify on May 23, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                      s/Carolyn Ciesla
                                      Case Manager to
                                      Magistrate Judge R. Steven Whalen